Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____January 8___ 20_25_

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br><br>                    v.<br><br>ALEKSANDR KOZODOY,<br><br>                    Defendant. | NO.  **CR 25 - 003 KKE**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about September 25, 2024, in King County, within the Western District of Washington, ALEKSANDR KOZODOY, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Assault in the Second Degree* (three counts) and *Unlawful Possession of Firearm in the Second Degree,* in King County Superior Court, under case number 10-1-06022-3-SEA, on or about August 23, 2010;

Indictment - 1
*United States v. Kozodoy*
USAO No. 2024R01419

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Kahr pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, ALEKSANDR KOZODOY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to: a Kahr pistol and associated ammunition, seized on or about September 25, 2024.

//
//
//

Indictment - 2
*United States v. Kozodoy*
USAO No. 2024R01419

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or,

    e.  has been commingled with other property which cannot be divided without difficulty;

//

//

//

Indictment - 3
*United States v. Kozodoy*
USAO No. 2024R01419

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: Yes

DATED:    8 JAN 25

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
CASEY S. CONZATTI
Assistant United States Attorney

_____
BRIAN J. WYNNE
Assistant United States Attorney

Indictment - 4
*United States v. Kozodoy*
USAO No. 2024R01419

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970